UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE LAWTONE-BOWLES,<br><br>                      Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK; THE CITY OF NEW YORK DOT; THE CITY OF NEW YORK DEPARTMENT OF HEALTH AND MENTAL HYGIENE; THE CITY OF NEW YORK DEPARTMENT OF FINANCE; THE CITY OF NEW YORK POLICE DEPARTMENT TRAFFIC AGENTS; THE CITY OF NEW YORK OFFICE OF THE CORPORATION COUNSEL (LAW),<br><br>                      Defendants. | 21-CV-5620 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 23, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction of the state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 23, 2021
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                             Chief United States District Judge